```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Dino N. Theodore,
    Plaintiff

    v.                        Case No. 08-cv-343-SM

327 South Broadway, LLC,
    Defendant


                    ORDER

    Re: Document No. 17, Order

    Ruling: Plaintiff having failed to show cause why the complaint seeking prospective and discretionary equitable relief should not be dismissed as moot (see order dated June 18, 2009, docket no. 17), and it appearing from the record that the claims are moot, the complaint is dismissed.  So ordered.

                                                        Steven J. McAuliffe
                                                        Chief Judge

Date: July 22, 2009

cc:  Nicholas S. Guerrera, Esq.
     Jennifer T. Beaudet, Esq.
     Thomas J. Pappas, Esq.